**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1049**

CALVIN L. SMITH,

                 Plaintiff - Appellant,

         v.

MICHAEL J. ASTRUE, Commissioner of Social Security, in his
official capacity,

                 Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.  (4:11-cv-00168-RBS-FBS)

Submitted:  April 26, 2012            Decided:  April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Calvin L. Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin L. Smith appeals the district court's order dismissing his complaint against the Commissioner of Social Security for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Astrue, No. 4:11-cv-00168-RBS-FBS (E.D. Va. Dec. 30, 2011). We also deny Smith's motion to expedite and motion for oral argument, as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED